AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
|---|---|
| v. | ) |
| Jose Constantino VARELA and Jesus Barrios VARGAS | ) Case No. 3:23-mj-120 |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **July 24, 2023** in the county of **Multnomah** in the
_____ District of **Oregon**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) and 841(b)(1)(A) | Possession with Intent to Distribute 400 grams or more of a Mixture and Substance containing a Detectable amount of Fentanyl, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See affidavit of Homeland Security Investigations (HSI) Special Agent David Slafsky, which is attached and incorporated fully by reference.

☑ Continued on the attached sheet.

/s/ By phone
*Complainant's signature*

David Slafsky, Special Agent, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 9:35 p.m.

Date: 07/24/2023

*Judge's signature*

City and state: Portland, Oregon    Hon. Jeffrey Armistead, U.S. Magistrate Judge
*Printed name and title*